UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE NELSON,

v.   Case No. 8:94-cr-160-T-17EAJ

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(C)(2) (Doc. No. 156). The Court construed the motion as a <u>successive</u> 2255 motion to vacate[1] and denied the motion. (Doc. No. 157). Defendant filed a Notice of Appeal and a motion for leave to proceed in forma pauperis on appeal (Doc. Nos. 158, 159). The Clerk did not construe the Notice of Appeal as an application for certificate of appealability. The Court denied the motion to proceed on appeal in forma pauperis. (Doc. No. 162).

The Eleventh Circuit has requested this Court to rule on a certificate of appealability relative to Doc. No. 159 . (See Doc. No. 164)

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 475 (2000).[2] Defendant has failed to meet this standard. Therefore, Defendant has failed

---

[1] The Court denied Nelson's motion to vacate on August 9, 1999 and denied his petition for certificate of appealability on September 3, 1999. The United States Court of Appeals for the Eleventh Circuit also denied his motion for certificate of appealability on July 10, 2000.(Doc. No. 146)

[2] <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029 (2003) does not change the <u>Slack</u> standard. <u>See</u> <u>Ziegler v. Crosby</u>, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

to satisfy the <u>Slack</u> test. <u>See</u> <u>also</u>,  <u>Franklin v. Hightower</u>, 215 F.3d 1196 (11th Cir. 2000).

 Accordingly, the Court orders:

 That Defendant's (construed) application for certificate of appealability is denied.

 ORDERED in Tampa, Florida, on October 26, 2005.

ELIZABETH A. KOVACHEVICH<br>
UNITED STATES DISTRICT JUDGE

A U S A :  
Rachelle Des Vaux Bedke  
Willie Nelson